January 29, 2010

Mr. Allen R. Stroder
6010 Highway 191, Suite 230
Odessa, TX 79762

Mr. Ryan John McNeel
P.O. Box 1841
Midland, TX 79702

Mr. Eliot P. Tucker
712 Main Street, Suite 1600
Houston, TX 77002-3297
Mr. Randal Patterson
3800 E. 42nd Street, Suite 500
Odessa, TX 79762

Mr. Steven C. Kiser
300 North Marienfeld, Suite 700
Midland, TX 79701

Mr. Eric Thomas Stahl
4514 Cole Ave.
Dallas, TX 75205-4185

RE: Case Number: 07-0520
 Court of Appeals Number: 11-06-00118-CV
 Trial Court Number: CV-43,929

Style: ED VANEGAS, JIMMY D. HALMAN, SAM ARMSTRONG, ALEX CARBAJAL,
 ROGER FARRINGTON, CURTIS HUFF, AND TITO BETANCUR
 v.
 AMERICAN ENERGY SERVICES, NIEWOEHNER PARTNERSHIP, L.P.,
 RCH/HSJ/CCM/MCPI, L.P., AUTRY STEPHENS, JOHN CARNETT, BRACK BLACKWOOD,
 AND DENNIE MARTIN

Dear Counsel:

 Today the Supreme Court of Texas made the following non-substantive
change to the opinion issued on December 18, 2009 correcting the erroneous
placement of a citation to the court of appeals' opinion and adding a case
citation where the case name appeared in the sentence in the above-
referenced cause. Correction made to page three, paragraph two:
 "AES argues, and the court of appeals held, that our holdings in
Light, 224 S.W.3d at 553, and Sheshunoff v. Johnson, 209 S.W.3d 644 (Tex.
2006), dictate the result in this case."

 Corrected to:

 "AES argues, and the court of appeals held, that our holdings in
Light, 883 S.W.2d at 644--45, and Sheshunoff v. Johnson, 209 S.W.3d 644
(Tex. 2006), dictate the result in this case. 224 S.W.3d at 553."

 You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Vivian Wood |
| |Ms. Sherry |
| |Williamson |